UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOSE CASTRO,

                                                                      **NOTICE OF APPEARANCE**

                                                  Plaintiff,

                                                                        08 Civ 2916 (JSR)

                    -against-

THE CITY OF NEW YORK, NYC POLICE
DEPARTMENT, POLICE OFFICER SGT. RODRIGUEZ
SH# 2716, POLICE OFFICER JOHN DOE #1, AND
POLICE OFFICER JOHN DOE #2, ,

                                                  Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York and New York City Police Department and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                April 10, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        *Attorney for Defendants City of New York and New*
                                        *York City Police Department*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-0786

                                By:            /s/
                                        Michael K. Gertzer

TO:    David Segal, Esq. (by ECF)